**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01459-CV

**STEVEN E. LAU, TRUSTEE OF THE STEVEN E. LAU TRUST, STEVEN E. LAU, INDIVIDUALLY, AND KEN MORRIS, Appellant**

**V.**

**JAMES REEDER AND EDDIE CORBITT, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. 98-00869-D**

## ORDER

The clerk's record in this case does not include the October 29, 2014 motion to modify the judgment, the October 30, 2014 amended motion to modify the judgment, the November 7, 2014 response to the amended motion to modify the judgment and the November 10, 2014 orders concerning the amended motion to modify the judgment, which are required elements of the clerk's record. TEX. R. APP. P. 34.5(a)(6). Accordingly, we **ORDER** John Warren, County Clerk of Dallas County, Texas, to prepare, certify and file within **FIVE (5) days of the date of this order** a supplemental clerk's record including each of these pleadings and orders.

/s/    ELIZABETH LANG-MIERS
           JUSTICE